

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

April 3, 2020

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**<u>Via ECF</u>**

      **RE:**    *Yaakubov v. Equifax Information Services, LLC, et al.*
             U.S. District Court, Southern District of New York
             Case No. 1:20-cv-00800-RA

Your Honor,

      We represent the Plaintiff, Dina Yaakubov, in the above referenced action. We write with consent of Defendants, Equifax Information Services, LLC ("Equifax"), and American Express Company ("Amex"), and in accordance with Your Honor's Individual Practices in advance of the Initial Conference, presently scheduled for April 10, 2020 at 4:15 PM.

      We write to respectfully request an adjournment of the Initial Conference to a later date due to Plaintiff's counsel's observance of the second day of Passover.

      We have conferred with Defense Counsel who consents to this request.

      This is Plaintiff's first request for an adjournment, and the prospective adjournment will not affect any other calendared date.

      The parties respectfully suggest a date that works best with the Court's calendar save for April 13, 15, 16, 17, or the 24th.

      We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully,

*/s/ Uri Horowitz*
Uri Horowitz

Application granted. The initial telephone conference is hereby adjourned to April 23, 2020 at 2 PM. The parties shall call (888) 363-4749, and enter Access Code 1015508, followed by the pound (#) key.

SO ORDERED.

Hon. Ronnie Abrams
4/6/2020