| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4-23-20 |

DINA YAAKUBOV,

                Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES, LLC, and AMERICAN EXPRESS COMPANY,

                Defendants.

20-CV-800 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On consent of the parties and as discussed at today's initial conference, discovery with respect to American Express is hereby stayed pending resolution of American Express's motion to compel arbitration. By separate order, the Court will enter a Case Management Plan and Scheduling Order governing the discovery schedule with respect to Equifax.

SO ORDERED.

Dated:    April 23, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge