| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 5-29-20 |

DINA YAAKUBOV,

                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, and AMERICAN EXPRESS COMPANY,

                Defendants.

20-CV-800 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 23, 2020, on consent of the parties, the Court stayed discovery with respect to American Express pending resolution of American Express's motion to compel arbitration. Dkt. 27. Plaintiff's deadline to file a response to the motion to compel arbitration was May 7, 2020. On May 8, 2020, the Court granted Plaintiff's first motion to extend the deadline to file a response to the motion to compel arbitration to May 14, 2020. Dkt. 29. On May 18, the Court granted Plaintiff's second motion to extend the deadline to file a response to the motion to compel arbitration to May 21, 2020. Dkt. 31. Plaintiff has still not filed its response to the motion to compel arbitration or filed a third request for an extension of time to do so. Plaintiff shall do so no later than June 5, 2020. **Failure to comply with this Order will result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure**.

SO ORDERED.

Dated:    May 29, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge