UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINA YAAKUBOV,<br><br>                    Plaintiff,<br><br>         v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and AMERICAN EXPRESS COMPANY,<br><br>                    Defendants. | No. 20-CV-800 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 8, 2020, the Court stayed this action pending resolution of arbitration between Plaintiff Yaakubov and Defendant American Express and ordered the parties to file a status letter within one week of the conclusion of arbitration. No later than April 24, 2023, the parties shall file a letter updating the Court on the status of arbitration and proposing next steps in this action.

SO ORDERED.

Dated:   April 17, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge